FILED
CLERK, U.S. DISTRICT COURT

Feb 19, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: PMC DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

S.N. et al,

vs.

STANLEY SNIFF et al,

Defendants

Consolidated with:

CASE NO.: EDCV 14-01024 SVW (RZx)

CASE NO. EDCV 15-00931 SVW (KK)

ORDER DISMISSING CASE WITH PREJUDICE

The parties previously entered into a settlement of both Negrete v. Sniff et al, EDCV 14-01024 SVW (Rzx), and S.N. v. Sniff et al, EDCV 14-01024 SVW (Rzx). On February 1, 2016 the court approved the portion of the settlement which concerns the four minor plaintiffs.

The parties filed a stipulation to dismiss this action with prejudice. Pursuant to the settlement approved by the court, each party will bear his/its own costs and attorney's fees.

This case is therefore dismissed with prejudice.

DATED: February 19, 2016

*[signature]*

United States District Judge

1